CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 27 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Action No. 1:11CR00025-1 |
| | ) | (Civil Action No. 1:14CV80744) |
| v. | ) | |
| | ) | **FINAL ORDER** |
| JAMES EDWARD GOFF, | ) | |
| | ) | By: Hon. Glen E. Conrad |
| Defendant. | ) | Chief United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby **ORDERED** as follows:

1. That the government's motion to dismiss (ECF No. 98) is **GRANTED**;

2. Goff's motion pursuant to 28 U.S.C. § 2255 (ECF No. 94) is **DISMISSED,** and his request for an evidentiary hearing is **DENIED**;

3. Goff's motion requesting that the court hold "proceedings in abeyance" until Goff provides the court with a current mailing address (ECF No. 100) is **DISMISSED** as moot because Goff subsequently provided the court with a current mailing address;

4. This action shall be **STRICKEN** from the active docket of this court; and

5. Finding that Goff has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to the parties.

ENTER: This 27th day of May, 2015.

/s/ Glen E. Conrad
Chief United States District Judge